**EXHIBIT A**

| | |
|---|---|
| **DISTRICT COURT, EAGLE COUNTY, COLORADO**<br>**Court Address:** 0885 Chambers Road, P.O. Box 597, Eagle, CO 81631 | |
| **O'BRIEN FAMILY TRUST, a Washington Trust, EDWARD D. O'BRIEN, TRUSTEE; and CRAIG H. TUBER**<br><br>    **Plaintiffs,**<br>v.<br><br>**SULEIMAN GROUP 970, LLC, a Nebraska limited liability company; and SULEIMAN HOLDINGS, INC., a Nebraska corporation**<br><br>    **Defendants.** | ▲   COURT USE ONLY   ▲ |
| **Attorneys for Plaintiffs:**<br>Name:    SPERBERG & ASSOCIATES PC<br>            Robert L. Sperberg<br>Address:  P.O. Box 3420<br>            Avon, CO 81620<br>Phone No.: (970) 845-0200<br>Fax No.:   (970) 845-7339<br>E-mail:    rsperberg@colomtnlaw.com<br>Atty. Reg.#: 15247 | Case Number: 2017CV030066<br><br>Div.: 3 |
| **COMPLAINT** | |

Plaintiff's O'Brien Family Trust, a Washington Trust, Edward D. O'Brien, Trustee ("O'Brien Trust") and Craig H. Tuber ("Tuber"), for their complaint against Suleiman Group 970, LLC, a Nebraska limited liability company ("Suleiman Group") and Suleiman Holdings, Inc., a Nebraska corporation ("Suleiman Holdings"), allege and aver as follows:

PARTIES, JURISDICTION AND VENUE

1.    O'Brien Trust is a Washington trust with its principal address located at 14204 232nd Avenue NE, Woodinville, WA 98077.

2.    Tuber is an individual whose principal address is 77 E. Walton Place, Apt. 22-A, Chicago, IL 60611.

3.    Suleiman Group is a Nebraska limited liability company with its principal place of business located at 4665 Innovation Drive, Lincoln, Nebraska 68521.

4.     Suleiman Holdings is a Nebraska corporation with its principal place of business located at 4665 Innovation Drive, Lincoln, Nebraska 68521.

5.     Jurisdiction over Suleiman Group is proper in Eagle County, Colorado, because Suleiman Group agreed to jurisdiction in the District Court located in Eagle County, Colorado in those certain Membership Interest Purchase Agreements (identified below), and the Promissory Notes (identified below) were delivered to O'Brien Trust and Tuber pursuant to such agreements.

6.     Jurisdiction over Suleiman Holdings is proper in Eagle County, Colorado, because, among other things, Suleiman Holdings stated in its guarantees that the guarantees would be enforced in the District Court of Eagle County, Colorado, and the signing of a guarantee for an obligation to be performed in Colorado constitutes the minimum contacts necessary for long-arm personal jurisdiction under C.R.S., § 13-1-124.  *See, Panos Inv. Co. v. District Court of the County of Larimer, 662 P.2d 180, 182-83 (Colo. 1983).*

7.     Venue is proper in the District Court in Eagle County, Colorado, pursuant to C.R.C.P., Rule 98(c)(1), because the relevant instruments and documents described below in this complaint designate the District Court in Eagle County as an acceptable forum, and because defendants are non-residents of this state and the District Court in Eagle County is the designated venue in this complaint.

## FACTUAL ALLEGATIONS

8.     Prior to October 15, 2016, O'Brien Trust owned 160.8 of the issued and outstanding membership units in Catskill Place Restaurant Company, LLC, a Colorado limited liability company ("Catskill").

9.     Prior to October 15, 2016, O'Brien Trust owned 500 of the issued and outstanding membership units of Carvel, LLC, a Colorado limited liability company ("Carvel").

10.    Prior to October 15, 2016, Tuber owned 79.6 of the issued and outstanding membership units of Catskill.

11.    To be effective as of and delivered on October 15, 2016, at the request of and pursuant to prior negotiations with Suleiman Group, O'Brien Trust entered into Membership Interest Purchase Agreements with Suleiman Group, in which Agreements O'Brien Trust agreed to sell, and Suleiman Group agreed to purchase, all of O'Brien Trust's membership units in both Catskill and Carvel.  The purchase price for the Catskill membership units was and is $286,400.00, and the purchase price for the Carvel membership units was and is $926,541.00.  True copies of O'Brien Trust's Membership and Purchase Agreements for Catskill and Carvel are attached to this complaint as Exhibit A and Exhibit B respectively, and are incorporated into this paragraph by reference.

Case No. 1:17-cv-00851-LTB-MJW   Document 1-1   filed 04/06/17   USDC Colorado
pg 3 of 7

12.     To be effective as of and delivered on October 15, 2016, at the request of and pursuant to prior negotiations with Suleiman Group, Tuber entered into a Membership Interest Purchase Agreement with Suleiman Group, in which Agreement Tuber agreed to sell, and Suleiman Group agreed to purchase, all of Tuber's membership units in Catskill.  The purchase price for the Catskill membership units was and is $141,780.00.  A true copy of Tuber's Membership Interest Purchase Agreement for Catskill is attached to this complaint as Exhibit C, and is incorporated into this paragraph by reference.

13.     In furtherance of the Membership Purchase Agreements between O'Brien Trust and Suleiman Group, O'Brien Trust executed and delivered to Suleiman Group an Assignment of Membership Interests in which O'Brien Trust sold, assigned and transferred all of its right, title and interest in and to its membership interests in Catskill and Carvel to Suleiman Group effective as of October 15, 2016, and in exchange therefore, Suleiman Group executed and delivered to O'Brien Trust, effective as of October 15, 2016, two Promissory Notes, one in the amount of $286,400.00 (the "O'Brien Trust Catskill Promissory Note"), and the other in the amount of $926,541.00 (the "O'Brien Trust Carvel Promissory Note").  True copies of the Assignments of Membership Interests, the O'Brien Trust Catskill Promissory Note and the O'Brien Trust Carvel Promissory Note are attached to this complaint as Exhibit D, Exhibit E, Exhibit F and Exhibit G respectively, and are incorporated into this paragraph by reference.

14.     In furtherance of the Membership Purchase Agreement between Tuber and Suleiman Group, Tuber executed and delivered to Suleiman Group an Assignment of Membership Interest in which Tuber sold, assigned and transferred all of his right, title and interest in and to his membership interests in Catskill to Suleiman Group effective as of October 15, 2016 (even though undated), and in exchange therefore, Suleiman Group executed and delivered to Tuber, effective as of October 15, 2016, a Promissory Note in the amount of $141,780.00 (the "Tuber Catskill Promissory Note").  True copies of the Assignment of Membership interest and the Tuber Catskill Promissory Note are attached to this complaint as Exhibit H and Exhibit I respectively, and are incorporated into this paragraph by reference.

15.     The O'Brien Trust Catskill Promissory Note, the O'Brien Trust Carvel Promissory Note and the Tuber Catskill Promissory Note each contained, among other terms, the following terms:

   a.     The promissory note was delivered pursuant to the relevant Membership Purchase Agreement between the parties;

   b.     The promissory note was to be paid interest only beginning on January 1, 2017 and thereafter paid interest only on April 15th and August 15th commencing in 2017 and each year thereafter until April 15, 2020, when all principal, accrued but unpaid interest and other sums due under the promissory note were due and payable in full;

   c.     The promissory note could be paid in whole or part without penalty at any time prior to April 15, 2020;

   d. A Late Charge of five percent of the amount of any payment could be imposed if any payment remained unpaid for a period of more than ten days after the date it was due;

   e. Suleiman Group and Guarantor (identified below) would be in default of the promissory note if, among other things, it or they failed to timely make any payment as specified in the promissory note (or guaranteed in the Guarantee) and failed to cure such default within sixty days after the due date (defined as an "Event of Default" in the promissory note);

   f. In the event an Event of Default occurred, the entire principal balance, Late Charge plus all accrued but unpaid interest, would immediately become due and payable without further demand, notice or presentment for payment;

   g. In the event the promissory note was delivered to an attorney for collection due to Suleiman Group's default under the promissory note, Suleiman Group would be liable to the note holder for all costs of collection including reasonable attorney's fees; and

   h. As further inducement for the sale of the interests in the relevant company, and attached as Exhibit A to the promissory note, an unconditional and absolute Guaranty of payment as a primary obligor (or "principal" as stated in the Guaranty) of and under the promissory note by Suleiman Holdings (the "Guarantor"), with a voluntary waiver of notice of dishonor, demand for payment, non-payment at maturity and other notices of every kind.

16. The O'Brien Trust Catskill Promissory Note also contained a provision that all principal, interest and other sums due under the terms of the promissory note would be, in the sole discretion of O'Brien Trust, at once due and payable in full on January 1, 2017 if Suleiman Group or its affiliate or assign had not closed on a $700,000.00 cash purchase of Eagle Vista Investments IV, LLC's office located at 63 Avondale Road #C-1 by December 20, 2016. Such purchase was neither negotiated nor closed by the deadline contained in the provision, and has not occurred as of the date of this complaint.

17. At all relevant times since October 15, 2016, Suleiman Group has exercised dominion and control over the membership interests purchased from O'Brien Trust and Tuber by promissory note, and neither O'Brien Trust nor Tuber has exercised or claimed any membership interest in either Catskill or Carvel since October 15, 2016.

18. All conditions precedent to O'Brien Trust's and/or Tuber's right to enforce the promissory notes have occurred or been satisfied.

## FIRST CLAIM FOR RELIEF

19. The allegations contained in paragraphs 1-18 above are incorporated into this claim for relief as if fully restated in this paragraph.

4

20.     On January 1, 2017, in accordance with the terms of the O'Brien Trust Catskill Promissory Note, Suleiman Group and/or Guarantor was/were obligated to pay to O'Brien Trust the principal amount of $286,400.00 plus accrued interest in the amount of $4,176.67.

21.     Suleiman Group and/or Guarantor failed to make such payment, and has/have not cured such failure within the sixty-day cure period provided for in the promissory note.

22.     Suleiman Group has breached the terms of the Membership Interest Purchase Agreement, and Suleiman Group and/or Guarantor are in default of their respective obligations under the O'Brien Trust Catskill Promissory Note with the attached Guaranty.

23.     As a result of its breach of the Membership Interest Purchase Agreement and its default under the O'Brien Trust Catskill Promissory Note, Suleiman Group owes and is liable to O'Brien Trust for the principal amount of the promissory note ($286,400.00) plus a late fee of five percent of such amount ($14,528.83), as well as all accrued but unpaid interest from the date of the promissory note until paid in full or reduced to judgment.

24.     Pursuant to the terms of the Guaranty, Guarantor is jointly and severally liable with Suleiman Group to O'Brien Trust for all amounts due and owing by Suleiman Group and for which Suleiman Group is liable.

25.     Pursuant to the terms of the O'Brien Trust Catskill Promissory Note and the attached Guaranty, Suleiman Group and Guarantor are liable jointly and severally to O'Brien Trust for all costs and reasonable attorney's fees incurred or expended by O'Brien Trust in the prosecution of this action and in the collection of any judgment.

WHEREFORE, O'Brien Trust prays following the last claim for relief.

### SECOND CLAIM FOR RELIEF

26.     The allegations contained in paragraphs 1-25 above are incorporated into this claim for relief as if fully restated in this paragraph.

27.     On January 1, 2017, in accordance with the terms of the O'Brien Trust Carvel Promissory Note, Suleiman Group and/or Guarantor was/were obligated to pay to O'Brien Trust the amount of $13,512.06 in accrued interest.

28.     Suleiman Group and/or Guarantor failed to make such payment, and has/have not cured such failure within the sixty-day cure period provided for in the promissory note.

29.     Suleiman Group has breached the terms of the Membership Interest Purchase Agreement, and Suleiman Group and/or Guarantor are in default of their respective obligations under the O'Brien Trust Catskill Promissory Note with the attached Guaranty.

30. Suleiman Group's breach of the Membership Interest Purchase Agreement and its default under the O'Brien Trust Carvel Promissory Note has, pursuant to the terms of the promissory note, resulted in acceleration of the principal balance ($926,541.00), and such amount is now due and owing in addition to a Late Fee of five percent of the payment due on January 1, 2017 ($675.60), as well as all accrued but unpaid interest from the date of the promissory note until paid in full or reduced to judgment.

31. Pursuant to the terms of the Guaranty, Guarantor is jointly and severally liable with Suleiman Group to O'Brien Trust for all amounts due and owing by Suleiman Group and for which Suleiman Group is liable.

32. Pursuant to the terms of the O'Brien Trust Catskill Promissory Note and the Guaranty, the Suleiman Group and Guarantor are liable jointly and severally to O'Brien Trust for all costs and reasonable attorney's fees incurred or expended by O'Brien Trust in the prosecution of this action and in the collection of any judgment.

WHEREFORE, O'Brien Trust prays following the last claim for relief.

### THIRD CLAIM FOR RELIEF

33. The allegations contained in paragraphs 1-32 above are incorporated into this claim for relief as if fully restated in this paragraph.

34. On January 1, 2017, in accordance with the terms of the Tuber Catskill Promissory Note, Suleiman Group and/or Guarantor was/were obligated to pay to Tuber the amount of $2,067.63.

35. Suleiman Group and/or Guarantor failed to make such payment, and has/have not cured such failure within the sixty-day cure period provided for in the promissory note.

36. Suleiman Group has breached the terms of the Membership Interest Purchase Agreement, and Suleiman Group and/or Guarantor are in default of their respective obligations under the Tuber Catskill Promissory Note.

37. Suleiman Group's breach of the Membership Interest Purchase Agreement and its default under the Tuber Catskill Promissory Note has, pursuant to the terms of the promissory note, resulted in acceleration of the principal balance ($141,780.00), and such amount is now due and owing in addition to a late fee of five percent of the payment due on January 1, 2017 ($103.38), as well as all accrued but unpaid interest from the date of the promissory note until paid in full or reduced to judgment.

38.     Pursuant to the terms of the Guaranty, Guarantor is jointly and severally liable with Suleiman Group to Tuber for all amounts due and owing by Suleiman Group and for which Suleiman Group is liable.

39.     Pursuant to the terms of the Tuber Catskill Promissory Note and the Guaranty, Suleiman Group and Guarantor are liable jointly and severally to Tuber for all costs and reasonable attorney's fees incurred or expended by Tuber in the prosecution of this action and in the collection of any judgment.

WHEREFORE, O'Brien Trust and Tuber pray for judgment in their favor and against Suleiman Group and Suleiman Holdings, jointly and severally, in amounts as will be proven at trial, for interest on the judgment at the statutory rate of eight percent from and after the date of the judgment until paid in full, for an award of their costs and attorney's fees incurred or expended in prosecuting this action and in collecting on a judgment or judgments, and for such other and further relief as the court may deem necessary or proper under the circumstances of this case.

Respectfully submitted,

SPERBERG & ASSOCIATES PC

*[signature]*

Robert L. Sperberg, #15247
ATTORNEYS FOR PLAINTIFFS

| Address of Plaintiff O'Brien Trust: | Address of Plaintiff Tuber: |
|---|---|
| 14204 232nd Avenue NE<br>Woodinville, WA 98077 | 77 E. Walton Place, Apt. 22-A<br>Chicago, IL 60611 |

7