**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  17-cv-00851-LTB-MJW

O'BRIEN FAMILY TRUST, a Washington Trust,
EDWARD D. O'BRIEN, TRUSTEE; and
CRAIG H. TUBER,

       Plaintiffs,

v.

SULEIMAN GROUP 970, LLC, a Nebraska limited liability company; and
SULEIMAN HOLDIINGS, INC., a Nebraska corporation,

       Defendants.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 33 - filed August 8, 2017), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

       BY THE COURT:

       s/Lewis T. Babcock
       Lewis T. Babcock, Judge

DATED:   August 9, 2017